UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| BUILDERS MUTUAL INSURANCE COMPANY, | Case No. 1:22-cv-208 |
| *Plaintiff/Counter-Defendant*, | Judge Travis R. McDonough |
| v. | Magistrate Judge Christopher H. Steger |
| GCC CONSTRUCTION, LLC and TAHINI MAIN STREET, LLC, | |
| *Defendants/Counter-Claimants*. | |

## JUDGMENT ORDER

This matter proceeded to a bench trial before the undersigned beginning on January 22, 2024. For the reasons stated in the trial opinion contemporaneously filed, the Court **ORDERS** that Defendants/Counter-Claimants GCC Construction, LLC and Tahini Main Street, LLC recover nothing and that the action is **DISMISSED WITH PREJUDICE**. The Court **DECLARES** that the policy does not provide coverage for the structural instability of the west wall as a whole or the building in general and that, based on the proof at trial, Builders Mutual is not obligated to indemnify, reimburse, or compensate or otherwise pay Claimants for the claimed loss and damage. The Clerk is **DIRECTED** to close the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ LeAnna R. Wilson
 CLERK OF COURT